RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/13/06
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DANIEL J. REGAN, ET AL. | CIVIL ACTION NO. 06-0129 |
| versus | JUDGE STAGG |
| STARCRAFT MARINE, L.L.C., ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Remand (Doc. 12)** is **GRANTED** and this case is **REMANDED** to the **Eleventh Judicial District Court, Sabine Parish, Louisiana.**

THUS DONE AND SIGNED at Shreveport, Louisiana, the 19th day of July, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE